UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, Plaintiff | : : : : | |
| v. | : : | File No. 1:08-CV-258 |
| DEIRDRE DONNELLY, Defendant | : : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed February 25, 2009. (Paper 22.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The motion seeking intervention by Attorney Kaveh S. Shahi and Leslie Shahi under Federal Rules of Civil Procedure 24(a) and (b) (Paper 7) is DENIED. (The parties should note that the information set forth in the Background section of the Report and Recommendation culled from the Shahis' papers does not constitute findings by this Court.)

This matter is returned to Magistrate Judge Conroy for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 12th day of May, 2009.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge